NO. 12-15-00295-CV
NO. 12-15-00296-CV
NO. 12-15-00297-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

§

*IN RE: QUINCY B. JOHNSON, JR.,*

*RELATOR* § *ORIGINAL PROCEEDINGS*

§

*MEMORANDUM OPINION*
*PER CURIAM*

Relator's petitions for writ of mandamus are being dismissed because Relator has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

On December 7, 2015, this court sent a written request that Relator remit the filing fee for the mandamus petition in these proceedings on or before December 17, 2015.[1] However, Relator did not remit the filing fees. On December 18, 2015, the court sent a second notice informing Relator that the filing fees had not been paid as requested. Relator was further notified that his petitions for writ of mandamus would be dismissed in accordance with Texas Rule of Appellate Procedure 42.3 unless the filing fees were received on or before December 28, 2015. *See* TEX. R. APP. P. 5. The December 28 deadline has passed, and Relator has not complied with the court's request. Because Relator has failed, after notice, to pay the filing fees in compliance with Rule 5, Relator's petitions for writ of mandamus are ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered December 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Relator is a *pro se* inmate, but has not filed an affidavit or unsworn declaration of inability to pay costs.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 30, 2015**

**NO. 12-15-00295-CV**
**NO. 12-15-00296-CV**
**NO. 12-15-00297-CV**

**QUINCY B. JOHNSON, JR.,**
Relator
V.

**HON. MARK A. CALHOON,**
Respondent

### ORIGINAL PROCEEDINGS

ON THIS DAY came to be heard the petition for writ of mandamus filed by Quincy B. Johnson, Jr. who is the relator in Cause Nos. 17,470, 18,295 and 18,296 pending on the docket of the 3rd District Court Judicial District Court of Henderson County, Texas. Said petitions for writ of mandamus having been filed herein on December 7, 2015, and the same having been duly considered, because it is the opinion of this Court that Relator has failed, after notice, to pay the filing fees, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petitions for writ of mandamus be, and the same are, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*